Jacob GREES, Appellant, v. UNITED
STATES of America.

No. 9968.

Circuit Court of Appeals, Eighth Circuit.

March 12, 1934.

*Rehearing denied May 25, 1934.

C. A. Wilson, of Hot Springs, S. D., for appellant.

Byron S. Payne, Asst. U. S. Atty., of Pierre, S. D., for the United States.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee.